### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BOBBY GILES, as Special Administrator for the Estate of Jannie Giles, Deceased, )<br><br>Plaintiff, )<br><br>v. )<br><br>CHICAGO DRUM, INC.; INDUSTRIAL CONTAINERS SERVICES, LLC; INDUSTRIAL CONTAINER SERVICES-IL, LLC; IFCO SYSTEMS N.V.; IFCO SYSTEMS ILLINOIS, INC.; IFCO SYSTEMS NORTH AMERICA, INC.; DRUM HOLDING COMPANY, INC.; ESP REALTY CORP., INC.; ELLIOT S. PEARLMAN; BASF CORPORATION; SUN CHEMICAL CORPORATION; 3M COMPANY; EXXONMOBIL OIL CORPORATION; MOBIL PLASTICS RECYCLING CORP.; EXXON MOBIL OIL CORPORATION; MOBIL CORPORATION; MOBIL CHEMICAL COMPANY, INC.; DEWITT BARRELS, INC.; and THE SHERWIN-WILLIAMS COMPANY; )<br><br>Defendants. ) | Case No. 08 CV 4654<br><br>Judge Pallmeyer<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 27, 2008 at 8:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer, or such other Judge sitting in her stead in Courtroom 2119 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Avenue, Chicago, Illinois, and then and there present Motion For Extension of Time to Answer or Otherwise Plead, a copy of which is hereby served upon you.

Dated: August 18, 2008    Respectfully submitted,


/s/ James J. Boland
Mark S. Lillie, P.C.
James J. Boland
Benjamin W. Hulse
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601
(Firm No. 90443)
Phone: (312) 861-2000
Fax: (312) 861-2200
*Attorneys for Defendant 3M Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of August, 2008, he electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system. The undersigned further certifies that a true and correct copy of the foregoing document has been served on the following counsel by messenger (or electronic mail and federal express, as indicated) on this the 18th day of August, 2008:

Louis C. Cairo
Colin O'Malley
GOLDBERG, WEISMAN & CAIRO, LTD.
One East Wacker Drive, 34th Floor
Chicago, IL 60601
*Attorneys for Plaintiffs*

Francis P. Kasbohm
Michael A. Knobloch
FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM
55 West Monroe Street, Suite 3400
Chicago, IL 60603
*Attorney for Plaintiffs*

Thomas A. Andreoli
Stefanie R. Glover
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
*Attorneys for Sun Chemical Corp.*

Brian J. Masternak
WARNER NORCROSS & JUDD
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
*Attorney for DeWitt Barrels, Inc*.
By Electronic Mail and Federal Express

J. Patrick Herald
Douglas B. Sanders
Michael McCutcheon
BAKER & MCKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
*Attorneys for Chicago Drum, Inc., Illinois Drum, Inc., Drum Holding Company, Inc., Elliot Pearlman, IFCO Systems North America, Inc., Industrial Containers Systems, LLC, Industrial Container Systems – IL, LLC*

Michael A. Pope, P.C.
Peter Schutzel
McDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606
*Attorneys for BASF and ExxonMobil*

Carol Hogan
Angela M. Muccino
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
*Attorneys for Sherwin-Williams Co*

/s/James J. Boland