UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOBBIE GILES, as Special Administrator for the Estate of Jannie Giles, Deceased, et al., | ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 4654 |
| vs. | ) ) | Judge Pallmeyer |
| CHICAGO DRUM, INC.; et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   See attached Service List

  PLEASE TAKE NOTICE that on August 19, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois: **Appearances on behalf of Defendants Exxon Mobil Corporation a/k/a and d/b/a Mobil, Mobil Chemical Company, Inc., Mobil Corporation, Mobil Plastics Recycling Corp., Exxonmobil Oil Corporation, Exxon Corporation, Exxonmobil Chemical Company, Exxon Exploration Company, Exxonmobil Fuels Marketing Company, Exxonmobil Gas & Power Marketing Company, Exxonmobil Lubricants & Petroleum Specialties Company, Exxonmobil Refining & Supply Company, Southwest Grease, Southwest Grease Products; Mobil Plastics Recycling Corp., d/b/a Mobil; Exxonmobil Oil Corporation d/b/a Mobil; Mobil Corporation d/b/a Mobil; Mobil Chemical Company, Inc., d/b/a Mobil.**

True and correct copies of which are attached hereto and served upon you herewith.

              By: /s/ Peter M. Schutzel
                 One of Its Attorneys

                 Michael A. Pope
                 Peter M. Schutzel
                 Rachael L. Mamula
                 McDermott, Will & Emery LLP
                 227 West Monroe Street
Dated: August 19, 2008        Chicago, IL  60606

## CERTIFICATE OF SERVICE

      I, Peter M. Schutzel, an attorney, certify that I caused the foregoing documents to be electronically filed with the Clerk of the Court using the CM/ECF system. The undersigned further certifies that a true and correct copy of the foregoing document has been served on the following counsel by mail (or Federal Express, as indicated) on this 19th day of August, 2008:

Louis C. Cairo
Colin O'Malley
GOLDBERG, WEISMAN & CAIRO, LTD.
One East Wacker Drive
34th Floor
Chicago, IL 60601
*Attorneys for Plaintiffs*

Francis P. Kasbohm
Michael A. Knobloch
FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM
55 West Monroe Street
Suite 3400
Chicago, IL 60603
*Attorneys for Plaintiffs*

Mark S. Lillie, P.C.
James J. Boland
Benjamin W. Hulse
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
*Attorneys for Defendant 3M Company*

Thomas A. Andreoli
Stefanie R. Glover
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
*Attorneys for Sun Chemical Corp.*

J. Patrick Herald
Douglas B. Sanders
Michael McCutcheon
BAKER & McKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
*Attorneys for Chicago Drum, Inc., Illinois Drum, Inc., Drum Holding Company, Inc., Elliot Pearlman, IFCO Systems North America, Inc., Industrial Containers Systems, LLC, Industrial Container Systems – IL, LLC*

Carol Hogan
Angela M. Muccino
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
*Attorneys for Sherwin-Williams Co.*

Brian J. Masternak
WARNER NORCROSS & JUDD
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
*Attorney for DeWitt Barrels, Inc.*
By Electronic Mail and Federal Express

                                                 /s/ Peter M. Schutzel
                                                 Peter M. Schutzel

CHI99 5018152-1.037771.0164