U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number:   08 CV 4654

BOBBY GILES, as Special Administrator for the Estate of Jannie Giles, Deceased; et al.,

vs.

CHICAGO DRUM, INC., et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant BASF Corporation

| NAME (Type or print) |
| --- |
| **Rachael L. Mamula** |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| **s/ Rachael L. Mamula** |

| FIRM |
| --- |
| **McDermott Will & Emery LLP** |

| STREET ADDRESS |
| --- |
| **227 West Monroe Street** |

| CITY/STATE/ZIP |
| --- |
| **Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6294446 | 312.372.2000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
| --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
| --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N |
| --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   N |
| --- |

| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| --- |
| RETAINED COUNSEL                    APPOINTED COUNSEL |