# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number:    08 CV 4654

BOBBY GILES, as Special Administrator for the Estate of Jannie Giles, Deceased; et al.,

vs.

CHICAGO DRUM, INC., et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Exxon Mobil Corporation a/k/a and d/b/a Mobil, Mobil Chemical Company, Inc., Mobil Corporation, Mobil Plastics Recycling Corp., Exxonmobil Oil Corporation, Exxon Corporation, Exxonmobil Chemical Company, Exxon Exploration Company, Exxonmobil Fuels Marketing Company, Exxonmobil Gas & Power Marketing Company, Exxonmobil Lubricants & Petroleum Specialties Company, Exxonmobil Refining & Supply Company, Southwest Grease, Southwest Grease Products; Mobil Plastics Recycling Corp., d/b/a Mobil; Exxonmobil Oil Corporation d/b/a Mobil; Mobil Corporation d/b/a Mobil; Mobil Chemical Company, Inc., d/b/a Mobil

| | |
|---|---|
| NAME (Type or print) **Rachael L. Mamula** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)     **s/ Rachael L. Mamula** | |
| FIRM **McDermott Will & Emery LLP** | |
| STREET ADDRESS **227 West Monroe Street** | |
| CITY/STATE/ZIP **Chicago, IL 60606** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6294446** | TELEPHONE NUMBER **312.372.2000** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   **N** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   **N** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   **N** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   **N** | |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                      APPOINTED COUNSEL