CJO/02-182

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

BOOBY GILES, as Special Administrator for )
the Estate of Jannie Giles, Deceased, et al., )
                                               )
        Plaintiffs,                )
                                               )
        -vs.-                         )   Case Number: 08 CV 4654
                                               )
CHICAGO DRUM, INC., et al.,           )
                                               )
        Defendants.              )

## NOTICE OF FILING

TO:   Counsel of Record
         (See attached Service List)

PLEASE TAKE NOTICE that on August 21, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Appearance.**

GOLDBERG WEISMAN CAIRO

By:   s/Colin J. O'Malley
        Colin J. O'Malley

GOLDBERG WEISMAN CAIRO
Attorneys for the Plaintiffs
One E. Wacker Dr., Suite 3800
Chicago, IL 60601
(312) 464-1200

## CERTIFICATE OF SERVICE

The undersigned, an attorney, under 735 ILCS 5/109, certifies that he served this Notice and Appearance by electronic filing to each attorney of record at their respective addresses pursuant to the United States District Court for the Northern District of Illinois' Electronic Case Filing (ECF) terms, on August 21, 2008.

s/ Colin J. O'Malley
Colin J. O'Malley

## SERVICE LIST

Mr. J. Patrick Herald
**Mr. Douglas B. Sanders**
Mr. Michael McCutcheon
BAKER & MCKENZIE
One Prudential Plaza
130 East Randolph
Chicago, Illinois 60601
312/861-8000
312/861-2898/Fax
douglas.b.sanders@bakernet.com/E-mail
*Attorneys for Defendants Drum Holding Company, Inc., Chicago Drum, Inc., IFCO Systems N.V., IFCO Systems North America, Inc., IFCO Systems Illinois, Inc., IFCO Industrial Container Systems Inc. IFCO Systems Chicago, Inc. Cardinal Investment Co., Industrial Container Services, LLC, Industrial Container Services Chicago, LLC, Industrial Container Services-IL, LLC, Illinois Drum, Inc., Palex Inc., Palex Container Systems, Meyer Industrial Container, LLC, and Elliot Pearlman*

Mr. Mark S. Lillie
**Mr. James J. Boland**
Mr. Benjamin W. Hulse
KIRKLAND & ELLIS, LLP
200 E. Randolph Drive
Chicago, Illinois 60601
312/861-2000
312/861-2200/Fax
jboland@kirkland.com/E-mail
*Attorneys for Defendant 3M Company*

**Mr. Peter Schutzel**
MCDERMOTT, WILL & EMERY
227 W. Monroe Street
Chicago, Illinois 60606-5096
312/984-7739
312/984-7700/Fax
pschutzel@mwe.com/E-mail
*Attorneys for Defendants BASF and Exxon Mobil*

Ms. Carol A. Hogan
**Ms. Karey Vering Skiermont**
JONES DAY
77 W. Wacker Drive
Suite 3500
Chicago, Illinois 60601-1692
312/269-4109
312/782-8585/Fax
kskiermont@JonesDay.com
*Attorneys for Defendant Sherwin Williams Company*

**Mr. Thomas A. Andreoli**
Ms. Stefanie R. Glover
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
312/876-8000
312/876-7934/Fax
tandreoli@sonnenschein.com/E-mail
*Attorneys for Defendant Sun Chemical Corp.*

Mr. Brian J. Masternak
WARNER, NORCROSS & JUDD
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
616/752-2205
616/222-2205/Fax
bmasternak@wnj.com/E-mail
*Attorneys for Defendant Dewitt Barrels, Inc.*

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number: 08 CV 4654
BOBBY GILES, as Special Administrator for the Estate of
Jannie Giles, Deceased, et al.
v.
CHICAGO DRUM, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, BOBBY GILES, as Special Administrator for the Estate of Jannie Giles, Deceased, et al.

| NAME (Type or print) |
| --- |
| Colin J. O'Malley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Colin J. O'Malley |
| FIRM |
| GOLDBERG WEISMAN CAIRO |
| STREET ADDRESS |
| One E. Wacker Drive, Suite 3800 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6270376 | (312) 464-1200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐