

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Bobby Giles, as Special Administrator for the Estate of Jannie Giles, Deceased, et al. v. Chicago Drum, Inc., et al.

Case Number: 08-CV-4654

Judge Rebecca R. Pallmeyer

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant The Sherwin-Williams Company

FILED
JN AUG 20, 2008
AUG 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Abby A. Wakefield | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ Abby A. Wakefield | |
| FIRM Jones Day | |
| STREET ADDRESS 77 West Wacker Drive | |
| CITY/STATE/ZIP Chicago, IL 60601-1692 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6294019 | TELEPHONE NUMBER (312) 782-3939 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |