# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4654 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Bobby Giles vs. 3M Company | | |

**DOCKET ENTRY TEXT**

Motion for extension of time to answer or otherwise plead [2] granted to 10/21/08. Plaintiff's motion for remand to be filed by 9/3/08; response 9/29/2008; reply 10/3/08; ruling 11/4/08 at 9:30. Cases 08 C 4660 and 08 C 4657 to be reassigned to Judge Pallmeyer as related. Status hearing set for 9/3/08 stricken. The parties are directed to appear through lead counsel for a pretrial conference pursuant to FED. R. CIV. P. 16. on 11/4/08 at 9:30. Counsel are requested promptly to meet face-to-face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference.

Notices mailed by Judicial staff.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|