# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| BOBBY GILES, as Special Administrator for the Estate of Jannie Giles, Deceased,<br><br>v.<br><br>CHICAGO DRUM, INC.; INDUSTRIAL CONTAINERS SERVICES, LLC; INDUSTRIAL CONTAINER SERVICES-IL, LLC; IFCO SYSTEMS N.V.; IFCO SYSTEMS ILLINOIS, INC.; IFCO SYSTEMS NORTH AMERICA, INC.; DRUM HOLDING COMPANY, INC.; ESP REALTY CORP., INC.; ELLIOT S. PEARLMAN; BASF CORPORATION; SUN CHEMICAL CORPORATION; 3M COMPANY; EXXONMOBIL OIL CORPORATION; MOBIL PLASTICS RECYCLING CORP.; EXXON MOBIL OIL CORPORATION; MOBIL CORPORATION; MOBIL CHEMICAL COMPANY, INC.; DEWITT BARRELS, INC.; and THE SHERWIN-WILLIAMS COMPANY | Case Number:<br><br>08 C 4654<br><br>Judge Pallmeyer |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SUN CHEMICAL CORPORATION

| | |
|---|---|
| NAME (Type or print)<br>Stefanie R. Glover | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/   Stefanie R. Glover | |
| FIRM<br>SONNENSCHEIN NATH & ROSENTHAL LLP | |
| STREET ADDRESS<br>7800 Sears Tower, 233 South Wacker Drive | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237174 | TELEPHONE NUMBER<br>312-876-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.co